# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| RONALD THOMAS POULSON, and DULCISIMA SINUBAD POULSON,<br><br>      Petitioners,<br><br>    v.<br><br>JUDGE DANIEL A. OTTOLIA, et. al.,<br><br>      Respondents. | NO. ED CV 15-02359-JVS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 15, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE